22280.   ADAMS *v.* PRICE *et al.*

SUTTON, J.   This case is controlled by the decision in *Adams* v. *Jackson,* ante, 860.   *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*